No. 45359.—Protests 49035–K, etc., of D. & A. Sclafani et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302) the protests were sustained.

No. 45360.—Protests 43784–K, etc., of A. Makris & Bros. et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49302) the protests were sustained.

No. 45361.—Protests 47989–K, etc., of Conestoga Cream & Cheese Mfg. Corp. et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) it was held that an allowance in weight should have been made to compensate for the inedible covering on the outside of the cheese in question.

No. 45362.—Protests 48353–K, etc., of R. Lo Curto et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302 and T. D. 49389) it was held that an allowance in weight should have been made to compensate for the inedible covering on the outside of the cheese in question.

No. 45363.—Protests 632828–G, etc., of Brown & Sites Co., Inc., et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302 and T. D. 49389) it was held that an allowance in weight should have been made to compensate for the inedible covering on the outside of the cheese in question.

No. 45364.—Protest 789476–G of John V. Carr & Son (Detroit).

Opinion by KEEFE, J.  On the record presented the protest was overruled.

No. 45365.—Protest 45141–K of Banfi Products Corp. (New York).

Opinion by KEEFE, J.  On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, FEBRUARY 10, 1941

No. 45366.—Protest 980787–G of Pacific Trading Co. (San Francisco).